RECEIVED
IN LAKE CHARLES, LA

DEC 21 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| LLOYD L. DAVIS #197808 | CIVIL ACTION NO. 2:11-cv-1791 |
| VS. | SECTION P |
| WARDEN TERRELL, ET AL | JUDGE MINALDI<br>MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 7] of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that plaintiff's civil rights complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR41.3W.

Lake Charles, Louisiana, on this _20_ day of _November_, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE